IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 11-21764 |
|   Donald Gunderson | ) | | |
|   JoAnn Gunderson | ) | Chapter: | Chapter 13 |
|     Debtors, | ) | | |
| | ) | Judge: | Bruce W. Black |

| | | | |
|---|---|---|---|
| Donald Gunderson | ) | | |
| JoAnn Gunderson | ) | | |
| | ) | | |
|     Plaintiffs | ) | Adv. No: | 11 A |
| | ) | | |
| Vs | ) | | |
| | ) | Judge: | Bruce W. Black |
| Green Tree Servicing | ) | | |
|     Defendant, | ) | | |

**ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID THE JUNIOR MORTGAGE OF GREEN TREE SERVICING**

NOW COME the Plaintiffs, DONALD GUNDERSON & JOANN GUNDERSON, by and through their attorneys, Geraci Law, LLC, and complain of the Defendant, Green Tree Servicing and state as follows:

1. The Plaintiffs, Donald Gunderson and JoAnn Gunderson, are individuals residing at 10242 195th Street, Mokena, IL, 60448.

2. Green Tree Servicing is a lender and/or servicer of mortgages.

3. Donald Gunderson and JoAnn Gunderson filed for relief under Chapter 13 of the United States Bankruptcy Code on 05/23/2011 in the Northern District of Illinois as Case Number 11-21764.

4. This Adversary Proceeding arises under §§ 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334 and this is a "core proceeding" under 28 U.S.C. 157.

6. Donald Gunderson and JoAnn Gunderson are the owners of real estate located at 10242 195th Street, Mokena, IL, 60448 ("the real estate"), and legally described as follows:

   IN EMERALD SUB UNIT 5, BEING A SUB OF PRT OF THE W ½ OF THE NW ¼ OF SEC. 9, T35N-R12E.

   Common Address:  10242 195th Street, Mokena, IL, 60448

   Parcel ID #: 19-09-09-109-018-0000

7. The fair market value of the real estate is $168,333.  Attached as Exhibit "A" is a copy of a valuation of the above real estate.

8. A first mortgage lien is currently held by The Provident Bank in the amount of $135,523.66.  See attached Exhibit "B" for the most recent statement issued.

9. A second mortgage lien is currently held by Fifth Third Bank in the amount of $44,442.15. See attached Exhibit "C" for the most recent statement issued.

10. Green Tree Servicing granted the junior mortgage on 10/23/2002, recorded with the Will County Recorder of Deeds on 11/4/2002 as docket number R2002187048.

11. Plaintiffs seek to determine the nature and extent of the junior mortgage lien of the Defendant and to avoid the junior mortgage lien.

12. Under 11 U.S.C §§ 506(a) and 506(d), Defendant's junior mortgage would be allowed a secured claim to the extent of the value of the estate's interest in the property securing the claim, and Defendant's lien is void to the extent it is not allowed a secured claim.

13. The amount owed on the first mortgage and second mortgages, $135,523.66 and $44,442.15 combine to exceed the value of the above real estate, $168,333.

14. Due to the junior mortgage lien, which is held by Defendant, being wholly unsecured, it should not be allowed as a secured claim, and the mortgage may be stripped off. See Holloway v. United States, No. 01-C-4052, 2001 WL 1249053 (N.D.Ill. Oct.16, 2001); In re Waters, 276 B.R. 879 (N.D. Il 2002) In re Pond, 252 F.3d 122 (2nd Cir. 2001); In re McDonald, 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000); In re Lane, 280 F.3d 663 (6th Cir. 2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002); In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

15. This complaint serves as an objection to claim number 2, filed by Green Tree Servicing, LLC as a secured claim.

WHEREFORE, Donald Gunderson and JoAnn Gunderson pray that this Honorable Court enter a judgment against Green Tree Servicing, and find that the alleged lien of Green Tree Servicing, is completely unsecured and avoid the junior mortgage of Green Tree Servicing, which is recorded in the Will County Recorder of Deeds Office as Document number R2002187048, and find that the junior mortgage of Green Tree Servicing is of no further legal effect and for such other relief as this Court seems just.

*/s/ Dale A. Riley*
Dale A. Riley
Attorneys for the Plaintiffs
Geraci Law, LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800
(Fax):  877.247.1960